1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEYVONNE ANTOINE BRYANT,<br><br>           Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>           Respondent. | NO. CV 11-06690 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the United States Magistrate Judge's Amended Report and Recommendation. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   October 15, 2013

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE