**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHEYVONNE ANTONIE BRYANT,  )   NO. CV 11-06690 DMG (SS)
                           )
           Petitioner,     )
                           )
     v.                    )       **JUDGMENT**
                           )
DOMINGO URIBE, JR., Warden, )
                           )
           Respondent.     )
_____)


     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,


     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.


DATED:  October 15, 2013


                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE